UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCISCO RODRIGUEZ
SANTA,

     Plaintiff,

v.                                  Case No.:  2:26-cv-1034-SPC-DNF

RICKY DIXON, et al.,

     Defendants.

_____/

## **OPINION AND ORDER**

Before the Court is Plaintiff Francisco Rodriguez Santa's Complaint. (Doc. 1). Rodriguez Santa is a prisoner of the Florida Department of Corrections, and he alleges that he has received inadequate treatment for his Hepatitis C. (*Id.* at 6-13).

Rodriguez Santa has another case pending in this Court stemming from the same allegations—*Rodriguez Santa v. Dixon*, Case No. 2:26-cv-175-KCD-DNF (M.D. Fla.). The Eleventh Circuit explained how federal courts treat duplicative civil actions:

> It is well established that as between federal courts, the general principle is to avoid duplicative litigation. This doctrine rests on considerations of wise judicial administration, giving regard to conservation of judicial resources and comprehensive disposition of litigation. Although no precise test has been articulated for making this determination, the general rule is that a suit is duplicative of another suit if the parties, issues and available relief

do not significantly differ between the two actions. Trial courts are afforded broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court.

*I.A. Durbin, Inc. v. Jefferson Nat. Bank*, 793 F.2d 1541, 1552 (11th Cir. 1986) (cleaned up). Because Rodriguez Santa's two lawsuits are based on the same factual allegations and seek relief against the same defendants, the Court will dismiss this action as duplicative. The dismissal will have no effect on Case No. 2:26-cv-175-KCD-DNF.

Accordingly, it is

**ORDERED:**

Plaintiff Francisco Rodriguez Santa's Complaint (Doc. 1) is **DISMISSED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on April 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: TpaP-2
Copies: All Parties of Record

2